UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES R. BRAKE,

        Plaintiff,

   v.

MICHAEL LEAVITT, *Secretary, U.S. Department of Health and Human Services*, MICHAEL B. MUKASEY, *U.S. Attorney General*,

        Defendants.

Case No. 08-cv-877-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** April 9, 2010          **NANCY ROSENSTENGEL, CLERK**

                                                                    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**